**FILED**

08/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-20-0336

| | |
|---|---|
| MARY VANBUSKIRK and ROGER BARBER,<br><br>               Appellants,<br><br>v.<br><br>PATRICIA DOW GEHLEN and RAY GEHLEN, Trustees, GEHLEN PATRICIA DOW TRUST<br><br>               Appellees. | **GRANT OF EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), the Appellant is granted an extension of time up to and including October 3, 2020, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 27 2020